UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES TRUSTEE,

    Appellant,

v.                                               Case No. 8:08-cv-2182-T-30EAJ

BLUE STONE REAL ESTATE
CONSTRUCTION & DEVELOPMENT
CORPORATION,

    Appellee.
_____/

## ORDER OF DISMISSAL

Before the Court is the United States Trustee's Unopposed Motion to Dismiss Appeal (Dkt. #17). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. The United States Trustee's Unopposed Motion to Dismiss Appeal (Dkt. #17) is GRANTED.
2. This case is dismissed.
3. All pending motions are denied as moot.
4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on January 23, 2009.

                                                  JAMES S. MOODY, JR.
                                                  UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2008\08-cv-2182.dismissal 17.wpd